UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUANA MEJIA, on behalf of George Mejia,

Plaintiff,

-v-

MICHAEL J. ASTRUE, Commissioner of Social Security,

Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/09

No. 05 Civ. 2847 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of Plaintiff's May 20, 2009 letter, which requests, with Defendant's consent, permission to file a preliminary application for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, without supporting documentation and legal authority. Plaintiff represents that the purpose of the request is to provide the parties with an opportunity to negotiate an agreement regarding the amount of the award to which Plaintiff is entitled. Accordingly, the request is granted, and Plaintiff's application is deemed to have been filed as of May 20, 2009.

IT IS HEREBY ORDERED THAT, should the issue of the appropriate amount of attorney's fees and costs to be awarded in this matter not be resolved beforehand, Plaintiff shall supplement it application by June 22, 2009 by filing the materials called for by 28 U.S.C. § 2412(d)(1)(B).

SO ORDERED.

DATED: May 21, 2009
       New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE